UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DEONTAE L HUDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:24-cv-00620-ACA-HNJ |
| WARDEN HUT, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

On November 6, 2025, the magistrate judge entered a report recommending the dismissal of this action with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief can be granted. (Doc. 20). Although the magistrate judge advised Plaintiff Deontae Hudson of his right to file written objections and of the consequences of failing to object, the court has not received any objections.

Mr. Hudson's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations with respect to the Eighth Amendment claims addressed in the report and recommendation. The court notes, however, that Mr. Hudson's complaint also asserts claims under the First, Fourth, and Eighteenth Amendments. (*See* doc.

14 at 6). Despite Mr. Hudson's invocation of those amendments, he has not presented any facts that would, if true, establish a violation of them. (*See generally* doc. 14). Accordingly, the court will also dismiss those claims for failure to state a claim. The court **WILL DISMISS** this action **WITH PREJUDICE**.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this December 3, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE